UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY A. LANIER,<br>   Plaintiff | ) | CIVIL ACTION NO. 4:20-CV-1414 |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security*<br>   Defendant | ) | |

## ORDER

In accordance with the accompanying memorandum, it is ORDERED that:

(1)   The final decision of the Commissioner is AFFIRMED.

(2)   Final judgment will be issued in favor of Kilolo Kijakazi by separate order.

(3)   The Clerk of Court is DIRECTED to close this case.

Date: March 30, 2022        BY THE COURT

                *s/William I. Arbuckle*
                William I. Arbuckle
                U.S. Magistrate Judge